IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


MARIO ANDJUAN PEEPLES,                    :

        Plaintiff,                    :

vs.                                       :      CIVIL ACTION 09-0185-WS-N

MOBILE COUNTY DISTRICT
ATTORNEY'S OFFICE,                        :

        Defendant.                    :


## JUDGMENT


It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 1st day of September, 2009.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE